## DECEMBER 14, 2000

No. 00–942. TOUCHSTON ET AL. *v.* McDERMOTT ET AL. C. A. 11th Cir. Motion to expedite consideration of petition for writ of certiorari denied.

## DECEMBER 28, 2000

No. 00–808. ALL UNDERWRITERS SUBSCRIBING TO POLICY NUMBER 03789600 INCLUDING UNDERWRITERS AT LLOYDS, LONDON *v.* WEISBERG ET AL. C. A. 11th Cir. Certiorari dismissed under this Court's Rule 46.1.

## DECEMBER 29, 2000

No. 99–1787. REYNOLDS METALS CO. *v.* ELLIS. C. A. 9th Cir. [Certiorari granted, *ante,* p. 1009.] Writ of certiorari dismissed under this Court's Rule 46.1.

## JANUARY 2, 2001

No. 00–951. BANK OF BOSTON ET AL. *v.* ESDEN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED. C. A. 2d Cir. Certiorari dismissed under this Court's Rule 46.1.

## JANUARY 5, 2001

No. 00M57. IN RE ABRAMSON. Motion to direct the Clerk to file motion for leave to file petition for writs of mandamus, prohibition, and declaratory judgment denied.

No. 00–942. TOUCHSTON ET AL. *v.* McDERMOTT ET AL. C. A. 11th Cir. Motion of petitioners for leave to file petition for writ of certiorari on 8½- by 11-inch page proofs granted. Motion of respondent Florida for leave to file brief in opposition on 8½- by

11-inch page proofs granted. Certiorari denied.

No. 00–953. JONES ET AL. *v.* BUSH ET AL. C. A. 5th Cir. Motion of petitioners for leave to file petition for writ of certiorari on 8½- by 11-inch page proofs granted. Certiorari denied.

No. 00–961. HARRIS ET AL. *v.* FLORIDA ELECTIONS CANVASS-ING COMMISSION ET AL. C. A. 11th Cir. Motion of petitioners for leave to file petition for writ of certiorari on 8½- by 11-inch page proofs granted. Certiorari denied.

JANUARY 8, 2001

No. 00–862. VIRGINIA *v.* RENO, ATTORNEY GENERAL, ET AL. Affirmed on appeal from D. C. D. C.

No. 99–9541. THOMAS *v.* UNITED STATES. C. A. 2d Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Apprendi* v. *New Jersey,* 530 U. S. 466 (2000).

No. 99–9965. CLOUD *v.* UNITED STATES. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Apprendi* v. *New Jersey,* 530 U. S. 466 (2000).

No. 99–10250. CARRINGTON *v.* UNITED STATES. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Apprendi* v. *New Jersey,* 530 U. S. 466 (2000).

No. 00–463. GARCIA *v.* UNITED STATES. C. A. 11th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Apprendi* v. *New Jersey,* 530 U. S. 466 (2000).

No. 00–5703. HAYES *v.* UNITED STATES. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted.